

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name: Lloyd Gilliam and Carolyn Gilliam, Martha Hollan, Charlie Beaird and Karen Beaird, Lila Rose Anderson, Michael Sanders and Raquel Sanders, Richard Lon and Priscilla Lon, Donna H. Johnson, Jerome A. Bradke and Nancy Bradke, Mr. and Mrs. E.E.Ewing, Jr.et al **v.** Santa Fe Independent School District

Appellate case number: 01-14-00186-CV

Trial court case number: 10-CV-0489

Trial court: 405th District Court of Galveston County

Date motion filed: March 18, 2016

Party filing motion: Appellants Lloyd and Carolyn Gilliam

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: _____/s/ Sherry Radack_____
        ☐ Acting individually   ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Bland and Huddle

Date: _____7/14/16_____